WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
James S. Richter

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK BERRADA, | Honorable Susan D. Wigenton, U.S.D.J. |
| Plaintiff, | Civil Action No. 16 CV 574 (SDW) (LDW) |
| v. | |
| GADI COHEN and PNY TECHNOLOGIES, INC., a Delaware corporation, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Defendants Gadi Cohen and PNY Technologies, Inc., (collectively "Defendants"), and Plaintiff Mark Berrada hereby stipulate to the dismissal of all of Defendants' Counterclaims in this action with prejudice, with each Party to bear its own costs, expenses and attorneys' fees.

The parties further agree and stipulate that notwithstanding the dismissal of Defendants' Counterclaims, Plaintiff may still appeal the Order granting Defendants' Motion for Summary Judgment on Plaintiff's claims and all of Defendants' affirmative defenses to such claims which may be appealed are hereby preserved.

Dated: December 20, 2018

                        **WINSTON & STRAWN LLP**

                        By: s/ James S. Richter
                            James S. Richter
                            WINSTON & STRAWN LLP
                            200 Park Avenue
                            New York, New York 10166
                            Tel: (212) 294-6700
                            Fax: (212) 294-4700
                            jrichter@winston.com

                        *Attorneys for Defendants Gadi Cohen and PNY Technologies, Inc.*

Dated: December 20, 2018

                        **RABNER BAUMGART BEN-ASHER & NIRENBERG, P.C.**

                        By: /s Jonathan I. Nirenberg
                            Jonathan I. Nirenberg
                            52 Upper Montclair Plaza
                            Upper Montclair, New Jersey 07043
                            Telephone: (973) 744-4000

                        *Attorneys for Plaintiff Mark Berrada*

IT IS SO ORDERED this 20th day of December, 2018.

                                                  Honorable Susan D. Wigenton, U.S.D.J.

2