Jonathan I. Nirenberg (JIN 032431998)
Rabner Baumgart Ben-Asher & Nirenberg, P.C.
52 Upper Montclair Plaza
Upper Montclair, New Jersey 07043-1391
Tel: (973) 744-4000
Fax: (973) 783-1524
JNirenberg@njemploymentlawfirm.com
Attorneys for Plaintiff Mark Berrada

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARK BERRADA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GADI COHEN and PNY TECHNOLOGIES, INC., a Delaware corporation,<br><br>　　　　Defendants. | Civil Action No. 2:16-cv-00574 (SDW-LDW)<br><br>Judge:　The Hon. Susan D. Wigenton, U.S.D.J.<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT** |

**NOTICE** is hereby given that Plaintiff, Mark Berrada, appeals to the United States Court of Appeals for the Third Circuit from three Orders:

1. The September 27, 2018 Order granting Defendants' Motion for Summary Judgment (Dkt. No. 307);

2. The April 24, 2017 Opinion/Order denying Plaintiff leave to amend his Complaint to assert a retaliation claim under the Fair Labor Standards Act (Dkt. No. 186); and

3. The December 5, 2017 Opinion/Order denying reconsideration of the portion of the April 24, 2017 Opinion/Order denying Plaintiff leave to amend his Complaint to assert a retaliation claim under the Fair Labor Standards Act (Dkt. No. 236).

The above-referenced Orders became final on December 20, 2018, upon the District Court's entry of a Stipulation and Judgment dismissing Defendants Gadi Cohen and PNY Technologies, Inc.'s Counterclaims with prejudice.

| | |
|---|---|
| Plaintiff/Appellant: | Mark Berrada |
| Attorney for Plaintiff/Appellant: | Rabner Baumgart Ben-Asher & Nirenberg, P.C.<br>52 Upper Montclair Plaza<br>Upper Montclair, New Jersey 07043-1391<br>Tel: (973) 744-4000<br>JNirenberg@njemploymentlawfirm.com |

Dated:  January 17, 2019            By: /s Jonathan I. Nirenberg
                                            Jonathan I. Nirenberg